AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| Liberty Mutual Fire Insurance Company | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| State Farm Florida Insurance Company | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  State Farm Florida Insurance Company
By serving its Registered Agent
Chief Financial Officer
200 E. Gaines Street
Tallahassee, FL 32399

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jeffrey S. Lapin, Esq.
Lapin & Leichtling, LLP
255 Alhambra Circle, Suite 1250
Coral Gables, FL 33134
(305) 569-4100
JLapin@LL-lawfirm.com; eservice@LL-lawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
*Signature of Clerk or Deputy Clerk*