PAGE 03/03

## CERTIFICATE OF INSURANCE

This certifies that
- ☐ STATE FARM FIRE AND CASUALTY COMPANY, Bloomington, Illinois
- ☐ STATE FARM GENERAL INSURANCE COMPANY, Bloomington, Illinois
- ☐ STATE FARM FIRE AND CASUALTY COMPANY, Scarborough, Ontario
- ☒ STATE FARM FLORIDA INSURANCE COMPANY, Winter Haven, Florida
- ☐ STATE FARM LLOYDS, Dallas, Texas

insures the following policyholder for the coverages indicated below:

| | |
|---|---|
| Name of policyholder | RITEWAY INSURANCE REPAIR SERVICE INC. |
| Address of policyholder | 2144 JOHNSON ST., HOLLYWOOD, FL 33020-3969 |
| Location of operations | |
| Description of operations | REPAIRS |

The policies listed below have been issued to the policyholder for the policy periods shown. The insurance described in these policies is subject to all the terms exclusions, and conditions of those policies. The limits of liability shown may have been reduced by any paid claims.

| POLICY NUMBER | TYPE OF INSURANCE | POLICY PERIOD Effective Date | Expiration Date | LIMITS OF LIABILITY (at beginning of policy period) | |
|---|---|---|---|---|---|
| 98-KT-6871-0 | Comprehensive Business Liability | 01/26/09 | 01/26/10 | BODILY INJURY AND PROPERTY DAMAGE | |
| This insurance includes: | ☒ Products - Completed Operations<br>☒ Contractual Liability<br>☐ Underground Hazard Coverage<br>☒ Personal Injury<br>☒ Advertising Injury<br>☐ Explosion Hazard Coverage<br>☐ Collapse Hazard Coverage<br>☒ BUILDING: $783,200<br>☒ BUS. PROP.: $97,900 | | | Each Occurrence<br>General Aggregate<br>Products – Completed Operations Aggregate | $1,000,000<br>$2,000,000<br>$2,000,000 |
| | EXCESS LIABILITY | POLICY PERIOD Effective Date | Expiration Date | BODILY INJURY AND PROPERTY DAMAGE (Combined Single Limit) | |
| 98-CE-5836-2 | ☒ Umbrella<br>☐ Other | 04/24/08 | 04/24/09 | Each Occurrence<br>Aggregate | $2,000,000<br>$2,000,000 |
| 98-QB-4733-0 | Workers' Compensation and Employers Liability | 01/21/09 | 01/21/10 | Part 1 STATUTORY<br>Part 2 BODILY INJURY<br>Each Accident<br>Disease Each Employee<br>Disease - Policy Limit | <br><br>$100,000<br>$100,000<br>$500,000 |
| POLICY NUMBER | TYPE OF INSURANCE | POLICY PERIOD Effective Date | Expiration Date | LIMITS OF LIABILITY (at beginning of policy period) | |
| | | | | | |

THE CERTIFICATE OF INSURANCE IS NOT A CONTRACT OF INSURANCE AND NEITHER AFFIRMATIVELY NOR NEGATIVELY AMENDS, EXTENDS OR ALTERS THE COVERAGE APPROVED BY ANY POLICY DESCRIBED HEREIN.

ADDITIONAL INSURED

If any of the described policies are canceled before its expiration date, State Farm will try to mail a written notice to the certificate holder ___ days before cancellation. If however, we fail to mail such notice, no obligation or liability will be imposed on State Farm or its agents or representatives.

Name and Address of Certificate Holder

Liberty Mutual Insurance
Attn: Bob Renshaw
Ste 600A
255 Primera Blvd.
Lake Mary, FL 32746

*Robert White*
Signature of Authorized Representative
AGENT                         01/27/09
Title                         Date
Agent's Code Stamp

AFO Code    F603

556-994 a.3 04-1999 Printed in U.S.A.